

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-24-00495-CV

———————————————————

IN RE ELIZABETH CHANDINI PORTTEUS, Relator

Original Proceeding
16th District Court of Denton County, Texas
Trial Court No. 23-2131-16

Before Bassel, Birdwell, and Walker, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and motion to stay enforcement of contempt order and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motion are denied.

Per Curiam

Delivered: November 8, 2024